*This case was not selected for publication in the Federal Reporter*
*NOT FOR PUBLICATION*

### Abiodun M. SODIPO, Plaintiff–Appellant,

v.

### CAYMAS SYSTEMS, INC., Defendant–Appellee.

### No. 06–16951.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 27, 2006.*

Filed Nov. 28, 2006.

Abiodun M. Sodipo, San Ramon, CA, pro se.

Elaine Wang, Esq., Lewis Brisbois Bisgaard & Smith, LLP, San Francisco, CA, for Defendant–Appellee.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, GOULD and CLIFTON, Circuit Judges.

### MEMORANDUM **

This appeal from the district court's order denying appellant's motion for preliminary injunction comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we summarily affirm upon review of appellant's opening brief and response to the November 13, 2006 order to show cause. *See* Ninth Circuit Rule 3–6.

We express no view on the merits of the complaint. Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *See Gregorio T. v. Wilson*, 59 F.3d 1002, 1004–05 (9th Cir.1995). The record before us shows that the court did not rely on an erroneous legal premise or abuse its discretion in concluding that appellant had failed to demonstrate a likelihood of success on the merits and in denying preliminary injunctive relief. *See id.* The court's factual findings and application of legal standards are not clearly erroneous. *See id.* Accordingly, the court's order denying the preliminary injunction is affirmed. All pending motions are denied as moot.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.